AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

REBECCA M. CANNON,

        Plaintiff,

        v.

SPOKANE MERCHANTS ASSOCIATION, a Washington Corporation,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-083-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant pursuant to the Order Granting Defendant's Motion To Dismiss Based On Rooker-Feldman, ECF No. 21, and the Court's Order, ECF No. 22.

August 25, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas