UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| REBECCA M. CANNON, | ) | |
| | ) | No.  CV-11-083-LRS |
| Plaintiff, | ) | |
| | ) | **ORDER OF DISMISSAL** |
| vs. | ) | |
| | ) | |
| SPOKANE MERCHANTS' ASSOCIATION, a Washington Corporation, | ) ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Pursuant to the Stipulation, the parties' Stipulated Motion For Dismissal, ECF No. 74, is GRANTED.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be and the same is hereby dismissed with prejudice to the plaintiff, and without costs to any party.

The District Court Executive is directed to enter this order and CLOSE THE FILE.

DONE this 19th day of November, 2013.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
SENIOR U.S. DISTRICT COURT JUDGE

ORDER OF DISMISSAL  -  1